# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDALL KEITH STREHLE

NO. 2022 KW 0341

**JULY 5, 2022**

---

In Re:    Randall Keith Strehle, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-01916.

---

**BEFORE:    McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED.**

PMc
JEW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT